_____ FILED           _____ ENTERED
_____ LODGED          _____ RECEIVED

**AUG 2 2 2011**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

N. D.
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY          BCF          DEPUTY

Hazel M. Taylor
5549 Blue Coat Lane
Columbia, MD 21045

:
:
:
:

vs.                                          :          CIVIL ACTION NO. **ELH11CV2351**

COMMISSIONER, SOCIAL SECURITY          :

## COMPLAINT

1.   Plaintiff is a resident of __Howard County__.

(Provide your City or County and State of residence)

2.   Plaintiff complains of a decision against him/her bearing the following caption:

IN THE CASE OF:                          CLAIM FOR:

__Hazel M. Taylor__                      __Promotion and monetary__
(Claimant)                               (Type of benefits)

_____
(Wage Earner if Different from Claimant)

3.   The date of the final decision by the Secretary  against plaintiff is __May 17, 2011__

4.   Plaintiff claims that the final decision of the Secretary is erroneous as a matter of fact and as a matter of law.

WHEREFORE plaintiff seeks judicial review by this Court pursuant to 42 U.S.C. Section 405(g), and entry of judgment for such relief as may be proper, including costs.

__8/22/11__
(Date)

__Hazel M. Taylor__
(Signature)
Hazel M Taylor
5549 Blue Coat Lane
Columbia, MD 21045
(Printed name, address, and phone number of Plaintiff)

Complaint: Denial of Social Security Benefits (Rev. 7/21/2006)